UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kaisha Pierce v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10307-DRH |
| *Stephanie R. Chandler v. Bayer Corporation, et al.* | No. 10-cv-20159-DRH |
| *Johanna Brezina v. Bayer Corporation, et al.* | No. 12-cv-10748-DRH |
| *Charla Cook v. Bayer Corporation, et al.* | No. 12-cv-10747-DRH |
| *Chloe Garrison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11208-DRH |
| *Jessica Hamilton v. Bayer Corporation, et al.* | No. 10-cv-12214-DRH |
| *Nicolette Hand v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10955-DRH |
| *Amanda Posson v. Bayer Corporation, et al.* | No. 10-cv-10558-DRH |
| *Staci Reed v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11364-DRH |
| *Kelly L. Stern v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10865-DRH |
| *Patricia Arredondo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10888-DRH |
| *Elizabeth Teegarden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10612-DRH |
| *Paige Brown v. Bayer Corporation, et al.* | No. 10-cv-11263-DRH |
| *Danielle Fedorsin v. Bayer Corporation, et al.* | No. 10-cv-11264-DRH |
| *Shantell Otis v. Bayer Corporation, et al.* | No. 10-cv-11224-DRH |

*Julie Terrizzi v. Bayer Corporation, et al.*          No. 11-cv-12880-DRH

*Tracy Uhl v. Bayer Corporation, et al.*          No. 11-cv-12046-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 22, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                         JUSTINE FLANAGAN,
                         ACTING CLERK OF COURT

                         BY: __/s/*Caitlin Fischer*__
                               **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.26
08:06:30 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT

2